OTTO PICULELL, Respondent, v. NOEL SARGENT et al., Appellants.— Action by the plaintiff, a carpenter, to recover damages for personal injuries sustained by him while in the employ of defendants at their home. In the course of his employment he fell when he stepped upon a small woolen scatter rug, on a highly waxed and polished floor between the dining room and the hall, and the rug slipped from under him as he walked upon it. Judgment for the plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD BRODY, Appellant.— Defendant appeals from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of subdivision 5-a of section 70 of the Vehicle and Traffic Law (leaving the scene of an accident without reporting). Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE C. DAVIS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM WATCKI, Appellant.— Judgments of the County Court, Nassau County, convicting defendants of the crime of assault in the second degree and imposing sentences therefor, and orders, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE GRAVES, Appellant.— Defendant appeals from a judgment of the County Court of Kings County convicting him of the crime of robbery in the first degree. Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KIMOND, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, convicting him of the crime of robbery in the third degree, and from the sentence that he be confined at hard labor in Sing Sing Prison for a period of not less than ten years nor more than twenty years. Judgment unanimously affirmed. No opinion. Appeal from sentence dismissed. Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED KRUGER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of the crime of keeping a disorderly house, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK MCNAMEE, Appellant.— Appeal by defendant from a judgment of the County Court of Putnam County, convicting him of the crime of attempted rape in the first degree and sentencing him to not less than five and not more than ten years in prison. Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ. [See *post*, p. 999.]